UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MANUEL D. ORELLANA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:20-CV-00041-MMD-CLB<br><br>**ORDER GRANTING MOTION TO CONTINUE HEARING AND MOTION TO EXTEND TIME**<br><br>[ECF Nos. 26, 27] |

　　　　Defendants have filed a motion to continue the case management conference ("CMC") and motion for an extension of time to file their CMC statement. (ECF Nos. 26, 27.)[1] A CMC is currently set for October 13, 2021, at 10:00 a.m. (ECF No. 23.) Defense counsel represents that he is unavailable for the scheduled CMC and requests that this Court continue the CMC to some date after October 17, 2021 and extend the time to file the CMC statement until one week prior to the rescheduled date for the CMC. (ECF Nos. 26, 27.)

　　　　Accordingly, the motion to continue the CMC, (ECF No. 26), and the motion for extension of time to file a CMC statement, (ECF No. 27), are **GRANTED**. A subsequent order setting the new date for the CMC and deadline to file the CMC statement will follow.

　　　　**IT IS SO ORDERED**.

　　　　**DATED**:  October 4, 2021 .

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

---

[1]　　ECF Nos. 26 and 27 are identical documents.